GUY KORNBLUM & ASSOCIATES
ATTORNEYS

GUY O. KORNBLUM (39974)
MUKESH ADVANI (117974)
MARIA T. MANNING (239830)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898
Email: gkornblum@kornblumlaw.com
        mmanning@kornblumlaw.com
        madvani@kornblumlaw.com

Attorneys for PLAINTIFF WORLD HEALTH
AND EDUCATION FOUNDATION

IN THE UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD HEALTH AND EDUCATION FOUNDATION,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY,<br><br>        Defendant.<br>_____ | Case No.: 3:08-cv-05495 SI<br><br>Assigned for All Purposes to the Hon. Susan Illston<br><br>**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER REGARDING VARIOUS SCHEDULING MATTERS** |

WHEREAS Plaintiff WORLD HEALTH AND EDUCATION FOUNDATION (hereafter "Plaintiff") filed a First Amended Complaint against CAROLINA CASUALTY INSURANCE COMPANY (hereafter "Defendant") on December 12, 2008;

WHEREAS Defendant filed a Motion to Dismiss for Failure to State a Claim under Fed. Rule of Civ. Proc. 12(b)(6) (Docket No. 8) which was scheduled for hearing on February 6, 2009;

WHEREAS by order of February 11, 2009 (Docket No. 14) this Court granted Defendant's Motion to Dismiss with leave to amend by February 23, 2009;

WHEREAS Plaintiff's counsel requires additional time to draft and file an amended complaint, which requires further communications with the Client. The Client is currently preoccupied with trial in the underlying action entitled *Joe Martin Events v. World Health and Education Foundation, et al.*, Alameda County Superior Court, Case No. RG07323334, coverage for which action is the subject matter of this lawsuit. The trial started on February 17, 2009 and is expected to continue until February 26, 2009. Therefore, Plaintiff's counsel seeks a fifteen (15) day extension of time to file an amended complaint;

WHEREAS Defendant has no objection to this extension being granted;

WHEREAS the case is not at issue at this time because the pleadings are not yet final;

WHEREAS the parties believe it is in the interest of both parties that the date for filing the Rule 26(f) Report and Case Management Statement be continued until after the pleadings are settled;

WHEREAS the parties believe it is in the best interest that the Case Management Conference scheduled for March 13, 2009 be continued until after the pleadings are final.

Therefore, it is hereby stipulated by and between the parties through their respective counsel that:

1.      Plaintiff may have up to and until March 9, 2009 to file a Second Amended Complaint;

Stipulation -- Case No.: 3:08-cv-05495 SI                                                    Page 1

2.   The currently scheduled deadline of March 6, 2009 for the parties to complete initial

disclosures, file their Rule 26(f) Report and Case Management Statement be vacated, and

the new deadline for filing of the Rule 26(f) Report and Case Management Statement be

scheduled on a date seven (7) days prior to the new Case Management Conference date;

3.   The Case Management Conference scheduled for March 13, 2009 be vacated and

continued by 60-90 days.


DATED: February 20, 2009                  GUY KORNBLUM & ASSOCIATES



                                          By _____/s/ Maria T. Manning_____
                                                MARIA T. MANNING
                                                Attorneys for Plaintiff WHEF


DATED: February 20, 2009                  CHARLSTON, REVICH & WOLLITZ LLP



                                          By_____
                                                ROBERT D. HOFFMAN
                                                Attorneys for Defendant Carolina Casualty
                                                Insurance Company

1    **ORDER**

2

3    GOOD CAUSE APPEARING, the Court approves the foregoing stipulation of the parties.

4         IT IS HEREBY ORDERED:

5         1.    Plaintiff may have up to and until March 9, 2009 to file a Second Amended Complaint;

6         2.    Last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule

7                                                          May 8, 2009
               26(f) Report and file Case Management Statement shall be _____;

8               and

9

10        3.    The Initial Case Management Conference is scheduled for __May 15, 2009 at 2:30 p.m.__.

11

12   DATED: _____

13                                                    _____

14                                                    Hon. Susan Illston
                                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.    The currently scheduled deadline of March 6, 2009 for the parties to complete initial disclosures, file their Rule 26(f) Report and Case Management Statement be vacated, and the new deadline for filing of the Rule 26(f) Report and Case Management Statement be scheduled on a date seven (7) days prior to the new Case Management Conference date;

3.    The Case Management Conference scheduled for March 13, 2009 be vacated and continued by 60-90 days.

DATED: February 20, 2009                     GUY KORNBLUM & ASSOCIATES

By _____ /s/ Maria T. Manning _____
            MARIA T. MANNING
            Attorneys for Plaintiff WHEF

DATED: February 20, 2009                     CHARLSTON, REVICH & WOLLITZ LLP

By _____
            ROBERT D. HOFFMAN
            Attorneys for Defendant Carolina Casualty
            Insurance Company