UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD HEALTH AND EDUCATION FOUNDATION, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 08-05495 SI<br><br>[Assigned for All Purposes to the Hon. Susan Illston]<br><br>**[PROPOSED] ORDER FOR CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED SCHEDULING DEADLINES** |

Based upon the stipulation of the parties for the continuation of the Initial Case Management Conference, and related scheduling deadlines, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED:

1. The last day for the parties to file the Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and to file the Case Management Statement shall be _____; and

| | | |
|---|---|---|
| 1 | 2. | The Initial Case Management Conference is scheduled for <u>8/14/09 @ 2:30 p.m.</u> |

IT IS SO ORDERED.

Dated: _____  By: _____
UNITED STATES DISTRICT COURT JUDGE

{00003479.DOCX 1}

2

[PROPOSED] ORDER [CASE NO. C-08-05495 SI]