IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD HEALTH AND EDUCATION FOUNDATION,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY,<br><br>        Defendant.<br>_____/ | No. C 08-5495 SI<br><br>**JUDGMENT** |

Defendant's motion to dismiss the second amended complaint has been granted without leave to amend. The action is dismissed and judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 11, 2009

SUSAN ILLSTON
United States District Judge